# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DARNELL REID, | : | No. 593 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum** |
| v. | : | **Opinion and Order** of the |
| | : | Commonwealth Court at No. 2589 CD |
| | : | 2015 entered on August 11, 2016, |
| PENNSYLVANIA BOARD OF | : | **affirming** the Decision of the Board of |
| PROBATION AND PAROLE, | : | Probation & Parole at Nos. KF2425 and |
| | : | Parole No: 480GF entered on |
| Respondent | : | December 2, 2015 |

## ORDER

**PER CURIAM**                                        DECIDED:  May 19, 2017

**AND NOW**, this 19th day of May, 2017, the Petition for Allowance of Appeal is **GRANTED**.  The Order of the Commonwealth Court is **VACATED** and this matter is **REMANDED** to the Commonwealth Court for reconsideration of its decision in light of *Pittman v. Pennsylvania Board of Probation and Parole*, __ A.3d __, 2017 WL 1489047 (Pa. April 26, 2017).